UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 04 B 38824
    LARRY MARK RISKE
    KIMBERLY SUE RISKE                        CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-2024    SSN XXX-XX-1371
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 10/19/04 and confirmed on 12/13/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $ 111364.29 .

   4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CCO MORTGAGE | CURRENT MORTG | 55911.83 | .00 | 55911.83 |
| ECAST SETTLEMENT CORP | SECURED | 800.00 | 31.02 | 800.00 |
| M & I BANK | SECURED | 10500.00 | 493.40 | 10500.00 |
| BANKCARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 23262.18 | .00 | 14125.50 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10008.08 | .00 | 6077.21 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3891.52 | .00 | 2363.05 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 669.00 | .00 | 406.24 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9172.66 | .00 | 5569.92 |
| HSBC BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1555.21 | .00 | 944.37 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2534.91 | .00 | 1539.27 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5364.28 | .00 | 3257.35 |
| ECAST SETTLEMENT CORP | UNSECURED | 1300.00 | .00 | 789.40 |

                    Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 67211.83 | .00 | 57757.84 | .00 | 124969.67 |
| PRINCIPAL PAID | 67211.83 | .00 | 35072.31 | .00 | 102284.14 |
| INTEREST PAID | 524.42 | .00 | .00 | .00 | 524.42 |
| TOTAL PAID | 67736.25 | .00 | 35072.31 | .00 | 102808.56 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   4471.44 .

Refunds to the Debtor totaled $   1384.29 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


```
Dated: 03/10/08                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```